# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2016

## NO. 03-15-00593-CV

**Carolyn Barnes, Appellant**

**v.**

**Judge Guilford Jones, Judge John Delaney, Elizabeth Cunningham, and
Marty Griffith, Appellees**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on August 20, 2015. Having reviewed the record, it appears to the Court that appellant has not prosecuted her appeal by failing to file a brief and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.